**95–1997.** State ex rel. Rossman v. Cleveland. In Mandamus. On motion to withdraw motion for attorney fees. Motion granted.

**95–2066.** DeRolph v. State. *Perry County,* No. CA–477. On motion to exceed page limitation. Motion granted and limit increased from fifty to seventy-five pages.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**95–2141.** Garfield Hts. v. Pub. Util. Comm. Public Utilities Commission, Nos. 94–1176–EL–CMR, 94–1177–EL–CMR and 94–578–EL–CMR. On motion for leave to intervene by Cleveland Electric Illuminating Company. Motion granted.

**95–2374.** State ex rel. Gerstenberger v. Migliorini. In Mandamus. On motion to clarify court order. Motion denied.

DOUGLAS, J., dissents.

**95–2429.** State v. Sargeant. *Butler County,* No. CA95–03–049. On motion to consolidate case with 95–2440, *State v. Elfrink,* Franklin County, No. 95APC03–364. Motion granted; *sua sponte,* discretionary appeal allowed.

F.E. SWEENEY, J., dissents.

**95–2444.** Cleveland Elec. Illum. Co. v. Pub. Util. Comm. Public Utilities Commission, No. 95–458–EL–UNC. On motion for leave to intervene of Ohio Power Company and on motion for leave to intervene of Medical Center Company. Motions granted.

**95–2575.** Ohio Edison Co. v. Pub. Util. Comm. Public Utilities Commission, No. 93–1408–EL–CSS. On motion for leave to intervene by Youngstown Thermal Limited Partnership. Motion granted.

COOK, J., not participating.

**95–2576.** Cincinnati Bell Tel. Co. v. Pub. Util. Comm. Public Utilities Commission, No. 94–1695–TP–ACE. On motion for leave to intervene by Time Warner Communications of Ohio, L.P., and Time Warner AxS. Motion granted.

**95–2588.** Scott v. Moyer. In Prohibition. On request for findings of fact and conclusions of law. Request denied.

**95–2591.** Sharon Village, Ltd. v. Licking Cty. Bd. of Revision. Board of Tax Appeals, No. 94–M–1214. On motion to consolidate case with 95–2594, *Derby Downs, Ltd. v. Licking Cty. Bd. of Revision,* Board of Tax Appeals, No. 94–M–1215, and 95–2596, *Cherry Lee, Ltd. v. Realty Dev. Co. # 3,* Board of Tax Appeals, Nos. 94–M–1325 and 94–M–1326. Motion granted.

**95–2621.** Ohio Tel. Assn. v. Pub. Util. Comm. Public Utilities Commission, No. 94–1695–TP–ACE. On motion for leave to intervene of Time Warner Communications of Ohio, L.P., and Time Warner AxS. Motion granted.

**95–2622.** ALLTEL Ohio, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 94–1695–TP–ACE. On motion for leave to intervene of Time Warner Communications of Ohio, L.P., and Time Warner AxS. Motion granted.

RESNICK, J., not participating.

**95–2626.** In re Kleich Children. *Stark County,* No. 1995CA00062. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause consolidated with 95–2623, *In re Kleich Children,* Stark County, No. 1995CA00062; briefing schedule stayed.

WRIGHT and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**96–52.** Valvoline Instant Oil Change, Inc. v. Tracy. Board of Tax Appeals, No. 94–B–1179. On motion to consolidate case with 96–53, *Ashland Branded Marketing, Inc. v. Tracy,* Board of Tax Appeals, No. 94–B–1180, and 96–54, *SuperAmerica Group, Inc. v. Tracy,* Board of Tax Appeals, No. 94–B–1181. Motion granted.

**96–52.** Valvoline Instant Oil Change, Inc. v. Tracy. Board of Tax Appeals, No. 94–B–1179. On motion for admission *pro hac vice* by Roger F. Day, Esq. for William R. Buzo, Esq. Motion granted.